49 F.3d 734
 Larry Roe, Perry O. Hooper, Sr., James D. Martin
v.
State of Alabama, By and Through its Attorney General James
Evans, James Bennett, Honorable Alabama Secretary of State,
John W. Davis, a Representative of a Class of Persons who
Hanve Sought to Have Their Ballots Counted in an Action in
Circuit Court of 8 Coosa County, Alabama, Mobile County
Appointing Board Lionel W. Noonan, Wilcox County Appointing
Board, Jerry Boggan. O.P. Woodruff, Honorable Probate Judge of Lowndes
 NOS. 94-7138, 94-7155
 United States Court of Appeals,
Eleventh Circuit.
 Feb 23, 1995
 S.D.Ala., 43
 F.3d 574
 
 1
 DENIALS OF REHEARING EN BANC.